

# Fourth Court of Appeals
## San Antonio, Texas

May 14, 2015

No. 04-15-00269-CV

Christopher **GARCIA** and Patrick Mendoza,
Appellants

v.

Ronald E. **BRUNO**,
Appellee

From the 111th Judicial District Court, Webb County, Texas
Trial Court No. 2015CVQ000699 D2
Honorable Monica Z. Notzon, Judge Presiding

## O R D E R

On April 27, 2015, appellant Patrick Mendoza filed a premature notice of appeal acknowledging that the trial court had not entered an appealable order but stating the notice of appeal was necessary to protect Mendoza's rights in the event a federal court issued a preliminary injunction in a separate cause. On April 28, 2014, appellant Christopher Garcia also filed a premature notice of appeal for the same reasons.

On May 8, 2015, appellant Patrick Mendoza filed a motion to dismiss his appeal, stating, "The appeal was filed prematurely, and the appeal is no longer necessary." Because no appealable order has been entered, this court questions whether this court has jurisdiction to retain appellant Christopher Garcia's appeal on the docket of this court. It is therefore ORDERED that appellant Christopher Garcia show cause in writing no later than two weeks from the date of this order why this court has jurisdiction to consider his appeal.

_Sandee Bryan Marion_
Sandee Bryan Marion, Chief Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 14th day of May, 2015.

_Keith E. Hottle_
Keith E. Hottle
Clerk of Court